

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of M.T. and J.T., children,　*　From the 266th District Court
　　　　　　　　　　　　　　　　　　　of Erath County,
　　　　　　　　　　　　　　　　　　　Trial Court No. CV34652.

No. 11-17-00340-CV　　　　　　　　*　March 21, 2019

　　　　　　　　　　　　　　　　*　Memorandum Opinion by Bailey, C.J.
　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　Stretcher, J., and Wright, S.C.J.,
　　　　　　　　　　　　　　　　　sitting by assignment)
　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.